UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:23-CR-00142-02** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CODY LAJOHN WILLIAMS (02)** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MINUTES OF COURT:**
**Initial Appearance \ Arraignment**

| | | | |
|---|---|---|---|
| Date: | 6/27/2023 | Presiding: Magistrate Judge David J. Ayo | |
| Court Opened: | 3:02 PM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 3:15 PM | Court Reporter: | Zoom Recording |
| Statistical Time: | 00:13 | Courtroom: | Zoom Recording |
| | | Probation Officer: | Michael Christy |

**APPEARANCES**

| | | |
|---|---|---|
| LaDonte A Murphy   (AUSA) | For | United States of America |
| Gerald Block (CJA) | For | Cody Lajohn Williams (02), Defendant |
| Cody Lajohn Williams (02), Defendant | | |

**PROCEEDINGS**

**ORDER:**
These proceedings were conducted via Zoom Video Conference with the consent of all parties and pursuant to Federal Rules of Criminal Procedure 5(g) and 10(c).

 Defendant knowingly and voluntarily waived his right to be present for the Initial Appearance and Arraignment. The Court finds that the use of video conference to conduct this proceeding is warranted because this proceeding cannot be further delayed without serious harm to the interests of justice.

**BEFORE COURT OPENED:**
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE ON:** Indictment
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights
Detention Hearing: Waived

**<u>ORDER:</u>**
Pursuant to FRCrP 5(F), the government was ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and advised of possible consequences for failure to comply.

**ARRAIGNMENT ON: Indictment**
Waiver of formal reading of indictment.
Plea Entered: Not Guilty To Count(s) 1-4
Arraignment Held

**MOTIONS:**
Oral motion for appointed counsel by defendant.

**<u>ORDER:</u>**
Based on the information provided orally on the record, the court finds that defendant does not have the financial resources to retain counsel.  The motion for appointment of counsel is granted and the Office of the Federal Public Defender is hereby appointed to represent defendant or to recommend counsel to represent defendant in all further proceedings. The defendant is to file a formal motion and financial affidavit in the record as soon as possible.

**<u>ORDER:</u>**
The government's oral Motion to Unseal the indictment is GRANTED.

**<u>RELEASE:</u>**
Defendant is not contesting the government's Oral Motion for Detention at this time and reserves his right to a detention hearing should his circumstances change.

Defendant in Custody

Defendant is remanded to the custody of the U.S. Marshal Service pending trial.

**<u>FILINGS:</u>**
Due Process Protection Order
Order of Detention