**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To:				All Counsel of Record

Issued By:		Judge Robert R. Summerhays

Re:				United States of America v. Joseph Harrison and Cody Williams
				Criminal Action No. 6:23-cr-142

Date:			October 24, 2023

## MINUTE ENTRY

Due to the likelihood that a trial in this matter will be necessary, the pretrial conference scheduled in this matter will take place before Judge Summerhays on November 3, 2023 at 10:00 a.m. in chambers.