

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 15 2023

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 6:23-CR-00142 |
| | * | 18 U.S.C. § 1201(c) |
| | * | 18 U.S.C. § 1201(a)(1) |
| VERSUS | * | 18 U.S.C. §§ 875(b), 924(c)(1) |
| | * | 18 U.S.C. § 2 |
| | * | 18 U.S.C. §§ 924(d), 981(a)(1)(C) |
| | * | 28 U.S.C. § 2461(c) |
| JOSEPH LAWRENCE HARRISON (01) | * | |
| CODY LAJOHN WILLIAMS (02) | * | JUDGE SUMMERHAYS |
| DRAPPER LAVAR ANTHONY JR. (03) | * | MAGISTRATE JUDGE AYO |

## SUPERSEDING INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1
### CONSPIRACY TO COMMIT KIDNAPPING
18 U.S.C. § 1201(c)

From on or about January 3, 2023, until on or about February 16, 2023, in the Western District of Louisiana, and elsewhere, **DRAPPER LAVAR ANTHONY JR., JOSEPH LAWRENCE HARRISON** and **CODY LAJOHN WILLIAMS,** defendants herein, did willfully and knowingly conspire with each other and with others known and unknown to the Grand Jury to knowingly and unlawfully kidnap victim "CW" (hereinafter referred to as CW) for ransom, reward and otherwise; in violation of Title 18, United States Code, Section 1201(c). [18 U.S.C. § 1201(c)].

### OBJECT OF THE CONSPIRACY

The object of the conspiracy was to unlawfully seize, confine, kidnap, abduct and carry away, and hold for ransom and reward, or otherwise, CW, in an attempt to secure, source, and obtain 100 pounds of marijuana from an associate (hereinafter referred to as

YX), which would be distributed to co-conspirators and others known and unknown to the Grand Jury and to obtain U.S. Currency and other valuables.

## MANNER AND MEANS

In order to effectuate the object of the conspiracy, the defendants used means, facilities, and instrumentalities of interstate commerce, including cellular telephones, internet-connected social-media platforms and encrypted messaging services, and global positioning satellite ("GPS") navigation.

Furthermore, defendants **DRAPPER LAVAR ANTHONY JR., JOSEPH LAWRENCE HARRISON** and **CODY LAJOHN WILLIAMS**, affiliated themselves together and with individuals known and unknown to the Grand Jury, who were engaged in trafficking marijuana from California to the Western District of Louisiana. When the drug trafficking relationship began to deteriorate resulting from an inability to pay for and source additional supply of marijuana, the defendants worked cooperatively with each other on the plan to kidnap CW.

## OVERT ACTS

During and in furtherance of the conspiracy and in order to effect and accomplish the object and purpose of the conspiracy, the defendants **DRAPPER LAVAR ANTHONY JR., JOSEPH LAWRENCE HARRISON** and **CODY LAJOHN WILLIAMS**, and one or more of the co-conspirators committed overt acts that include but not limited to:

1. On February 16, 2023, CW was lured to Lafayette, Louisiana, from Los Angeles, California, by co-conspirators under the guise that he was to receive a check from an individual known to his associate YX, as "Mike." At all times relevant herein and with the intent to conceal his identify during his business

relationship with YX, and in furtherance of the conspiracy to kidnap CW, DRAPPER LAVAR ANTHONY JR. communicated with YX using the pseudonym "Mike."

2. DRAPPER LAVAR ANTHONY JR. instructed YX to have CW travel to a hotel in Lafayette, Louisiana, where JOSEPH LAWRENCE HARRISON and CODY LAJOHN WILLIAMS, pulled up alongside of him in the hotel parking lot.

3. CODY LAJOHN WILLIAMS entered the passenger seat of the vehicle CW was driving and produced a handgun. CODY LAJOHN WILLIAMS then proceeded to strike CW on the left side of his face/head with the firearm, causing him to begin bleeding.

4. CODY LAJOHN WILLIAMS then told CW to follow the SUV driven by JOSEPH LAWRENCE HARRISON and pointed the gun at CW. CW followed CODY LAJOHN WILLIAMS' orders under duress and then JOSEPH LAWRENCE HARRISON and CODY LAJOHN WILLIAMS dropped CW's vehicle off.

5. CODY LAJOHN WILLIAMS then forced CW to get into their SUV which was driven by JOSEPH LAWRENCE HARRISON.

6. After JOSEPH LAWRENCE HARRISON and CODY LAJOHN WILLIAMS took CW hostage, they then demanded money from him and began making phone calls and text messages to DRAPPER LAVAR ANTHONY JR. who began demanding the money and other valuables from XY in exchange for the release of CW.

7. CW was driven to an unknown location against his will. During the drive, CW was robbed of his personal belongings to include his cellphones, cash,

identification card, and credit card by JOSEPH LAWRENCE HARRISON and CODY LAJOHN WILLIAMS.

8. JOSEPH LAWRENCE HARRISON and CODY LAJOHN WILLIAMS parked in the garage area of a commercial residential rental home and proceeded to tie up and tape CW to a chair.

9. Shortly after CW was tied up and taped to the chair, DRAPPER LAVAR ANTHONY JR. sent YX several text messages reaffirming that CW had been kidnapped and his life was in danger if the co-conspirators did not receive $100,000 U.S. Currency for ransom, along with 100 pounds of marijuana, and a 5711 "Patek" wristwatch.

## COUNT 2

### KIDNAPPING
### 18 U.S.C. §§ 1201(a)(1) and 2

On or about February 16, 2023, in the Western District of Louisiana, the defendants, **DRAPPER LAVAR ANTHONY JR., JOSEPH LAWRENCE HARRISON** and **CODY LAJOHN WILLIAMS,** while aiding and abetting one another, did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold for ransom, reward or otherwise, (to wit: for the purposes of obtaining U.S. Currency and other valuables), an individual named CW, and, in committing or in furtherance of the commission of the offense, used a cellular telephone to communicate with other persons to further the kidnapping, which is a means, facility, and instrumentality of interstate or foreign commerce in violation of Title 18, United States Code, Sections 1201(a)(1) and 2. [18 U.S.C. §§ 1201(a)(1) and 2].

## COUNT 3

### INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT
### 18 U.S.C. §§ 875(b) and 2

On or about the February 16, 2023, in the Western District of Louisiana the defendants, **DRAPPER LAVAR ANTHONY JR., JOSEPH LAWRENCE HARRISON** and **CODY LAJOHN WILLIAMS,** while aiding and abetting one another, knowingly and with intent to extort U.S. Currency, narcotics, and other valuables, from a person named YX, and did transmit in interstate and foreign commerce an oral and electronic communication from a cellular mobile device, located in the State of Louisiana, to the State of California, containing pictures and video/livestream video depicting CW bound to a chair by rope and duct tape, bleeding from the head area, and said communications contained a threat to injure CW if their demands for U.S. Currency, narcotics and valuables were not met in order for victim CW to be released, all in violation of Title 18, United States Code, Sections 875(b) and 2. [18 U.S.C. §§ 875(b) and § 2].

## COUNT 4

### POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME
### 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2

On or about the February 16, 2023, in the Western District of Louisiana the defendants, **JOSEPH LAWRENCE HARRISON** and **CODY LAJOHN WILLIAMS,** while aiding and abetting one another, did knowingly brandished a firearm, to wit: a Glock 19, semiautomatic 9mm handgun, during and in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, the violation of 21 U.S.C. § 846 & 841(a)(1) (Conspiracy to Possess With the Intent to Distribute Controlled Substances to wit: Marijuana), all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2. [18 U.S.C. §§ 924(c)(1)(A)(ii) and 2].

## FORFEITURE ALLEGATIONS

The allegations contained in Count Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d), 981(a)(1)(C), and Title 28, United States Code, Section 2461(c). Upon conviction of the Title 18 offense set forth in Count Four of this Indictment, defendants **JOSEPH LAWRENCE HARRISON** and **CODY LAJOHN WILLIAMS,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to, a Glock 19, semiautomatic 9mm handgun. [18 U.S.C. §§ 924(d) and 981(a)(1)(C) and 28 U.S.C. § 2461(c)].

A TRUE BILL:

_____
GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

*/s/ LaDonte A. Murphy*
_____
LADONTE A. MURPHY, La. Bar No. 31272
DANIEL J. VERMAELEN, La. Bar No. 36715
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618