# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**     **CASE NO.  6:23-CR-00142-02**

**VERSUS**     **JUDGE ROBERT R. SUMMERHAYS**

**CODY LAJOHN WILLIAMS (02)**     **MAGISTRATE JUDGE DAVID J. AYO**

## MINUTES OF COURT:
### Initial Appearance \ Arraignment

| | | | |
|---|---|---|---|
| Date: | 12/7/2023 | Presiding: | Magistrate Judge David J. Ayo |
| Court Opened: | 2:36 PM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 2:48 PM | Court Reporter: | Zoom Recording |
| Statistical Time: | 00:12 | Courtroom: | Zoom Recording |
| | | Probation Officer: | Michael Christy |

### APPEARANCES

| | | |
|---|---|---|
| LaDonte A Murphy   (AUSA) | For | United States of America |
| Gerald J Block   (CJA) | For | Cody Lajohn Williams (02), Defendant |
| Cody Lajohn Williams (02) | | Defendant |

### PROCEEDINGS

**ORDER:**
These proceedings were conducted via Zoom Video Conference with the consent of all parties and pursuant to Federal Rules of Criminal Procedure 5(g) and 10(c).

Defendant knowingly and voluntarily waived his right to be present for the Initial Appearance and Arraignment. The Court finds that the use of video conference to conduct this proceeding is warranted because this proceeding cannot be further delayed without serious harm to the interests of justice.

**BEFORE COURT OPENED:**
Defendant Provided with Charging Document(s)
Defendant previously appointed counsel on June 27, 2023

**INITIAL APPEARANCE ON:** Superseding Indictment
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights
Detention Hearing Requested By: Defendant

**ORDER:**
Pursuant to FRCrP 5(F), the government was previously ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and advised of possible consequences for failure to comply.

**ARRAIGNMENT ON: Superseding Indictment**
Waiver of formal reading of indictment
Plea Entered: Not Guilty To Count(s) 1s,2s,3s,4s
Arraignment Held

**NEXT:**
Defendant originally requested a detention hearing before the undersigned. Following the hearing, the Court was contacted by the government and the attorney for the defendant to advise that the defendant wishes to withdraw his request for a detention hearing, still reserving his right to one, should his circumstances change.

The Detention hearing, originally set for December 11, 2023, at 2:00 p.m. is CANCELLED.

**NEXT:**
Telephone Scheduling Conference set for 12/15/2023 at 11:00 a.m., before Magistrate Judge Ayo. Counsel shall call in to the conference by dialing the Magistrate Judge's specified conference number.

**RELEASE:**
Defendant remanded to the custody of the US Marshals pending further proceedings.