UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:23-CR-00142** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **JOSEPH LAWRENCE HARRISON (01)** <br> **CODY LAJOHN WILLIAMS (02)** <br> **DRAPPER LAVAR ANTHONY JR (03)** | **MAGISTRATE JUDGE DAVID J. AYO** |

## MINUTE ENTRY

In light of the Superseding Indictment, the Jury Trial set for Monday, December 11, 2023 is CONTINUED. A Scheduling Conference to select a new trial date is hereby set for Friday, December 15, 2023**, at 11:00 a.m.** Counsel will join the teleconference by dialing 888-684-8852 and entering access code 5910394.

THUS DONE in Chambers on this 7TH day of December, 2023.

_____
David J. Ayo
United States Magistrate Judge