UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 6:23-CR-00142-02 |
| VERSUS | JUDGE SUMMERHAYS |
| CODY LAJOHN WILLIAMS | MAGISTRATE JUDGE AYO |

**************************************************************************

### DEFENDANT CODY LAJOHN WILLIAMS'S REQUEST FOR JURY INSTRUCTIONS

NOW INTO COURT, comes Cody Lajohn Williams, by and through undersigned counsel, Gerald J. Block, respectfully requesting that the jury be instructed as set forth below:

The citations refer to instructions of the 2019 Edition of <u>Pattern Jury Instructions</u>, Fifth Circuit District Judges Association.

### CODY LAJOHN WILLIAMS'S PROPOSED JURY INSTRUCTIONS

**Instruction**

1.13   Impeachment by Prior Conviction (Witness Other Than Defendant)

1.27   Confession - Statement Voluntariness (Multiple Defendants)

2.16   Multiple Conspiracies

WHEREFORE, Cody Lajohn Williams prays that this Honorable Court find these instructions to be appropriate.

RESPECTFULLY SUBMITTED,

/s/ Gerald J. Block
GERALD J. BLOCK, ID #: 3149
Attorney for Defendant
321 West Main Street, Ste. 2-E
Post Office Box 53506
Lafayette, LA 70505
(337) 233-9296

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 6:23-CR-00142-02 |
| VERSUS | JUDGE SUMMERHAYS |
| CODY LAJOHN WILLIAMS | MAGISTRATE JUDGE AYO |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I hereby certify that the above Proposed Jury Instructions was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Assistant United States Attorneys Ladonte A. Murphy and Daniel J. Vermaelen, by operation of the Court's electronic filing system.

Lafayette, Louisiana, this 26th day of April, 2024.

/s/ Gerald J. Block
GERALD J. BLOCK, ID#: 3149
Attorney for Defendant
321 West Main Street, Ste. 2-E
Post Office Box 53506
Lafayette, LA 70505
(337) 233-9296